FILED

AUG − 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN J. BOITANO,**<br>2620 16th Street, N.W., Apt 506<br>Washington, DC 20009              **Plaintiff,**<br><br>v.<br><br>**CRAMER-KRASSELT CO., and BNP MEDIA, INC.,**<br>                                        **Defendants.** | Case: 1:07-cv-01432<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 8/8/2007<br>Description: General Civil |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT AND BREACH OF CONTRACT

Plaintiff STEPHEN J. BOITANO, files his Complaint against Defendants CRAMER-KRASSELT CO., and BNP MEDIA, INC., (collectively "Defendants") and in support thereof states the following:

### NATURE OF THE CASE

1.      This is an action for copyright infringement brought under the Copyright Laws of the United States, 17 U.S.C. § 101 *et seq.,* and for breach of contract.

2.      Plaintiff Stephen J. Boitano ("Boitano") brings this action because Defendants, individually and in association with each other and/or third parties, willfully used in an unauthorized fashion Boitano's copyrights by copying and publishing them on the internet as if they were owned by the Defendants, failed to return to Boitano his copyrighted works, and failed to pay for the use of Boitano's copyrighted works.

### JURISDICITION AND VENUE

3.      This Court has jurisdiction under 17 U.S.C.§ 101 *et seq.*, 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1332 a (this civil action exceeds the sum or value of

$75,000), 28 U.S.C. § 1338 (a) (copyright), and 28 U.S.C. § 1367(a) (supplemental jurisdiction).

4.     Boitano's claims arise in whole or in part in this District and Defendants operate in the District and/or transact business in this District. Accordingly, venue is proper under 28 U.S.C. § 1391(b) and (c) and § 1400(a).

## PARTIES

5.     Plaintiff Stephen J. Boitano is an award-winning, professional photographer residing at 2620 16th Street NW, Apt 801, Washington, D.C. 20009 and is a citizen of Washington D.C.

6.     Defendant Cramer-Krasselt is a corporation organized and existing under the laws of the State of Wisconsin, having its principal place of business at 225 North Michigan Avenue, Chicago, IL 60601.

7.     Defendant BNP Media ("BNP") is a corporation organized and existing under the laws of the State of Michigan, having its principal place of business at 2401 West Big Beaver Road, Suite 700, Troy, MI 48007; is the publisher of the trade journal, "Air Conditioning Heating and Refrigeration News;" is the registered owner of the internet domain name "ACHRNEWS.COM;" and operates the internet website located at www.achrnews.com.

## BOITANO'S COPYRIGHTED WORKS

8.     In June 2001, Cramer-Krasselt hired Boitano to take photographs at the "Energy Efficiency Forum" held in Washington D.C. Boitano photographed the event, including taking photographs of various speakers such as Vice President Dick Cheney, Senator Jeff Bingaman, Curt Hebert, Chairman of the FERC, and Governor Christy Todd Whitman.

9.     The photographs at issue in this action are copyrighted works owned by Boitano. True and correct copies of the photos are attached as Exhibit A and are hereinafter referred to as the "copyrighted works."

10.    The copyrighted works are contained on disks entitled "Stephen J. Boitano Published Disk 1," and "S-Boitano Disk 3." The disks are registered with the United States Copyright Office with registration numbers VA 1-321-896 and VAu667-268,

2

respectively. True and correct copies of the registration documents are attached as
Exhibit B.

## WRONGFUL ACTS OF THE DEFENDANTS

11.     In June 2001, Boitano agreed to photograph the Energy Efficiency Forum on
behalf of Cramer-Krasselt. Tina Daniell, Cramer-Krasselt's then Vice President and
Account Supervisor, signed assignment confirmation forms for the photography and
agreed to the terms of the attached license. True and correct copies of the signed
confirmations and license (Nos. 200 and 201) are attached as Exhibit C.

12.     The terms of "license 200" limited Cramer-Krasselt's use to "1 Usage - Public
Relations," which was for Associated Press coverage of the event. "License 201"
limited Cramer-Krasselt's use to an "in-house e-mailing." Both agreements restricted
any further use and specifically stated that "[a]ny additional usage, including revisions
must be negotiated with the copyright owner." Additionally, the licenses stated "[t]his
license may not be transferred to a third party without the written consent of the
copyright holder."

13.     In November 2001, Boitano learned that Cramer-Krasselt had violated the terms
of the license agreement by providing his copyrighted works to Defendant BNP.

14.     Cramer-Krasselt provided photos to BNP for use in both the print and web
editions of the trade publication ACHR News. The story containing the photo was posted
to the web on June 21, 2001. A true and correct copy of the web page in question is
attached hereto as Exhibit D.

15.     Upon information and belief, Cramer-Krasselt's transfer of the photos to BNP
contributed to BNP's infringing use of the of the Boitano's photos. Boitano had not
granted a license of any kind to Cramer-Krasselt or BNP for usage of the photos in the
manner described above at the time the usage began.

16.     Subsequent to Boitano's discovery of the illegal use, he negotiated a limited
license to Cramer-Krasselt, permitting his photos to be used by ACHR News for a trade
publication and for one year of website usage. Cramer-Krasselt paid Boitano as set-forth
in Invoice #1094. A true and correct copy of invoice #1094 is attached hereto as Exhibit
E.

17.    Boitano later discovered that the use of his copyrighted works went beyond the licensed period.  Specifically, BNP used the photos on its website for ACHR News for several years.  After discovering the illegal use, Boitano contacted Cramer-Krasselt.  The photos were taken off the ACHR News website.  Boitano submitted invoice #1306 to Cramer-Krasselt, demanding payment for BNP's usage beyond the license.  The invoice was never paid.  A true and correct copy of invoice #1306 is attached hereto as Exhibit F.

18.    At the time Boitano learned of BNP's usage beyond the one year license, he also learned that Cramer-Krasselt violated the terms of the license agreement.  Cramer-Krasselt provided a number of the copyrighted works to another client, Johnson Controls.  Boitano originally understood that his copyrighted works may be used in an internal Johnson Controls publication (with payment expected for the usage).  However, Johnson Controls posted the photos on a public website advertising and promoting the Energy Efficiency Forum at www.eeforum.net.  When confronted with this violation of the license agreement, Cramer-Krasselt denied responsibility and refused payment.  True and correct copies of the web pages in question and captures of the individual photos as used on the website are attached hereto as Exhibit G.

19.    Cramer-Krasselt has refused to return Boitano's media, in violation of section E of the license.

## FIRST CLAIM FOR RELIEF
### Copyright Infringement Against Cramer-Krasselt Under
### The Copyright Act of 1976, 17 U.S.C. § 101 *et seq*.

20.    Boitano repeats and realleges the allegations set forth in paragraphs 1 through 19 of this complaint.

21.    Boitano is the owner of the copyright covering the works entitled *Stephen J. Boitano Published Disk 1*, and *S-Boitano Disk 3*, which contain the copyrighted works in question.

22.    Copies of Plaintiff's photographs are attached as Exhibit A.

23.    Upon information and belief, without Boitano's permission, Defendant Cramer Krasselt contributed to the unauthorized reproduction and display of each of the copyrighted works in question.

4

24.    Upon information and belief, Cramer-Krasselt provided Boitano's photos to BNP for their use, aware that the use would infringe on Boitano's copyright.

25.    Upon information and belief, Cramer-Krasselt provided Boitano's photos to Johnson Controls for their use, aware that the use would infringe on Boitano's copyright.

26.    Defendant's actions as described above constitute copyright infringement of the works entitled *Stephen J. Boitano Published Disk 1*, and *S-Boitano Disk 3*.  The works entitled *Stephen J. Boitano Published Disk 1*, and *S-Boitano Disk 3*, constitute copyrightable subject matter.  The original Certificates of Registration ( true and correct copies of which are attached hereto as Exhibit B) are *prima facie* evidence of the validity of the copyright and of the facts stated in the Certificate.

27.    Upon information and belief, the actions of the Defendant as described above have at all times relevant to this action been willful and/or knowing.

28.    As a direct and proximate result of the actions of the Defendant as alleged above, Boitano has been irreparably injured and has suffered monetary damages.

## SECOND CLAIM FOR RELIEF
### Breach of Contract Against Cramer-Krasselt

29.    Boitano repeats and realleges the allegations set forth in paragraphs 1 through 28 of this complaint.

30.    Upon information and belief, Cramer-Krasselt provided Boitano's photos to both Johnson Controls and BNP Media for use before Boitano received payment for the granted usage, in violation of section B of the license agreed upon by Cramer-Krasselt.

31.    Cramer-Krasselt did not provide five copies of the usage of the photographs before publication, or at any other time, violating section M of the license agreed upon by Cramer-Krasselt.

32.    Cramer-Krasselt has failed to return Boitano's CD media, in violation of section E of the license agreed upon by Cramer-Krasselt.

## THIRD CLAIM FOR RELIEF

### Copyright Infringement by BNP under

### The Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*

33.    Boitano repeats and realleges the allegations set forth in paragraphs 1 through 32 of this complaint.

34.    Upon information and belief, without Boitano's permission, the Defendant BNP reproduced and displayed the copyrighted photo of Cheney beyond the time period granted in the license in invoice #1094.

35.    Defendant's actions as described above constitute copyright infringement of the works entitled *Stephen J. Boitano Published Disk 1*, and *S-Boitano Disk 3*. The works entitled *Stephen J. Boitano Published Disk 1*, and *S-Boitano Disk 3*, constitute copyrightable subject matter. The original Certificate of Registration ( true and correct copies of which are attached hereto as Exhibit B) are *prima facie* evidence of the validity of the copyright and of the facts stated in the Certificate.

36.    Upon information and belief, the actions of the Defendant as described above have at all times relevant to this action been willful and/or knowing.

37.    As a direct and proximate result of the actions of these Defendants as alleged above, Boitano has been irreparably injured and has suffered monetary damages.

### Relief Requested

**WHEREFORE**, Boitano requests that this Court enter judgment in its favor on each claim for relief set forth above and award relief including but not limited to the following:

A.    An Order requiring Defendant Cramer-Krasselt to immediately return Boitano's media, and destroy any and all digital or physical copies or reproductions of his media.

B,    An Order directing Defendant Cramer-Krasselt to pay the Plaintiff his actual damages, proximately caused by Defendant's violations set forth in the first and second claims.

C.    An Order directing Defendant BNP to pay the Plaintiff his actual damages, caused by Defendant's violations set forth in the third claim.

6

D.      An Order directing Defendants, jointly and severally, to pay the Plaintiff's punitive and exemplary damages to be determined by the Court or the jury on all counts for which such damages have been sought and are recoverable;

E.      An Order directing the Defendants to pay Plaintiff's attorneys' fees and costs associated with this action; and,

F.      Such other and further relief as the Court may deem necessary and appropriate.

## Jury Demand

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Boitano hereby demands a trial by jury for all issues triable by a jury.

Respectfully submitted,

Robert L. Burns
D.C. Bar No. 456423
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA  20190-5675
Telephone:     (571) 203-2700
Facsimile:     (202) 408-4400
Attorney for Plaintiff

JOHN C. LOWE
DC BAR 427019
SAME ABOVE

# Exhibit A













# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-321-896**

MAY 0 2 2005

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
Stephen J. Boitano Published Disk 1

**NATURE OF THIS WORK ▼** See Instructions
Digital Photographs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
a Stephen John Boitano

**DATES OF BIRTH AND DEATH**
Year Born ▼ July 11, 1966   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of U.S.A.
Domiciled in }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed** 2001
This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month JUNE   Day 12   Year 2001
USA   Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
STEPHEN J. BOITANO
2620 16TH ST NW, #506
WASHINGTON DC 20009

APPLICATION RECEIVED
MAY 0 2 2005
ONE DEPOSIT RECEIVED
MAY 0 2 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

*Amended by C.O. per email received from
Stephen J. Boitano on October 11, 2005.

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes

**FORM VA**

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☑ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼
UNKNOWN                                                    2005

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

* Deposited CD includes some photographs that are not part of this particular claim

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

* Six photographs from file  - Energy Efficiency Forum 2001

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
STEPHEN J. BOITANO
2620 16TH ST. NW, #506
WASHINGTON DC 20009

Area code and daytime telephone number  (202) 997-3900        Fax number  (   )
Email SKetchy66@yahoo.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
STEPHEN JOHN BOITANO                        Date  4-26-05

Handwritten signature (X) ▼
X

**9**

Certificate will be mailed in window envelope to this address:
Name ▼
Stephen J. Boitano
Number/Street/Apt ▼
105 Castle Dr.
City/State/ZIP ▼
Stratford, CT 06614

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 667–268**

**EFFECTIVE DATE OF REGISTRATION**

05    02    05
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

S-Boitano    Disk 3

**NATURE OF THIS WORK ▼** See Instructions

Digital Photographs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Stephen John Boitano

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ U.S.A.
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes    ☒ No

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**
2001    Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ___    Day ___    Year ___    Nation

**4**

See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Stephen J. Boitano
2620 16th St. NW, #506
Washington DC 20009

**APPLICATION RECEIVED**
MAY 02 2005
**ONE DEPOSIT RECEIVED**
MAY 02 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
**DO NOT WRITE HERE**

Page 1 of 2

| EXAMINED BY | *(signature)* | FORM VA |
|---|---|---|
| CHECKED BY | *(signature)* | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a** *See instructions before completing this space.*

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Stephen J. Boitano
2620 16th St NW. #506
Washington, DC 20009

Area code and daytime telephone number  202, 997-3900          Fax number  ( )

Email  SKetchy66@yahoo.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen John Boitano          Date  4-26-05

**Handwritten signature (X)** ▼

X _(signature)_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Stephen J. Boitano |
|---|---|
| | **Number/Street/Apt** ▼ 105 Castle Dr. |
| | **City/State/ZIP** ▼ Stratford, CT 06614 |

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection*

# Exhibit C

Stephen J. Boitano
Photojournalist
2618 Woodley Place N.W.
Washington, D.C. 20008  U.S.A.
Phone: (202)667-5383
Fax: (202)667-5383
Email: jboitano@erols.com

## ASSIGNMENT CONFIRMATION

June 11, 2001
No. 200

Tina Daniell
Cramer-Krasselt
733 North Van Burn St
Milwakee, Wis  53202  USA

**Christie Whitman 6/12/01**

### This Assignment Confirmation is based on the following requested usage rights:

Full Unlimited usage by Cramer-Krasselt to use the photographs produced on this assignment, For use by Associated Press. World Rights Granted. Lanugages: All NO PRINTED OR ELECTRONIC REVISIONS are granted with this license. Any additional usage, including said revisions must be negotiated with the copyright owner.

This License may not be transferred to a third party without the written consent of the copyright holder.

| Detail of Expenses | Each | |
|---|---|---|
| 1 Batteries | $7.00 | $7.00 |
| 3 Transportation / Taxi | $8.00 | $24.00 |
| | TOTAL EXPENSES | $31.00 |

| Detail of Fees | Each | |
|---|---|---|
| 1 Creative Fees Public Relations 1/2 Day | $600.00 | $600.00 |
| | TOTAL FEES | $600.00 |

| Detail of Usages | Each | |
|---|---|---|
| 1 Usage - Public Relations | $100.00 | $100.00 |
| | TOTAL USAGES | $100.00 |

| | | |
|---|---|---|
| Subtotal of Expenses and Fees | | $731.00 |
| Sales Tax | | |
| Grand Total | | $731.00 |
| Deposit Paid | | |
| **Balance Due** | | **$731.00** |

Signed: Tina Daniell    Date: 6-12-01

Subject to Terms and Conditions on Reverse

Page 1

Stephen J. Boitano
Photojournalist
2618 Woodley Place N.W.
Washington, D.C. 20008  U.S.A.
Phone: (202)667-5383
Fax: (202)667-5383
Email: jboitano@erols.com

## ASSIGNMENT CONFIRMATION

June 11, 2001
No. 201

Tina Daniell
Cramer-Krasselt
733 North Van Burn St
Milwakee, Wis  53202  USA

VP Dick Cheney/Jeff Bigman 6/13/01

### This Assignment Confirmation is based on the following requested usage rights:

One-Time Non-Exclusive usage by Cramer-Krasselt to use the photographs produced on this assignment, For use by Associated Press. in one version only, for an in-house e-mailing. World Rights Granted. Lanuages: All NO PRINTED OR ELECTRONIC REVISIONS are granted with this license. Any additional usage, including said revisions must be negotiated with the copyright owner.

This License may not be transferred to a third party without the written consent of the copyright holder.

| Detail of Expenses | Each | |
|---|---|---|
| 2  Batteries | $7.00 | $14.00 |
| 6  Transportation / Taxi | $8.00 | $48.00 |
| 1  Shipping | $12.00 | $12.00 |
| | TOTAL EXPENSES | $74.00 |

| Detail of Fees | Each | |
|---|---|---|
| 1  Creative Fees PR @ Per Day | $1,200.00 | $1,200.00 |
| 1  CD Burning Fee | $26.00 | $26.00 |
| 72  Digital Image Processing Fee /per image | $0.58 | $41.76 |
| 1  Transmission Fee | $65.00 | $65.00 |
| | TOTAL FEES | $1,332.76 |

| Detail of Usages | Each | |
|---|---|---|
| 1  Usage - Public Relations | $150.00 | $150.00 |
| | TOTAL USAGES | $150.00 |

Signed _____          Date _____

Subject to Terms and Conditions on Reverse

Page 1

Stephen J. Boitano
Photojournalist
2618 Woodley Place N.W.
Washington, D.C. 20008   U.S.A.
Phone: (202)667-5383
Fax: (202)667-5383
Email: jboitano@erols.com

## ASSIGNMENT CONFIRMATION

Tina Daniell
Cramer-Krasselt
733 North Van Burn St
Milwakee, Wis 53202   USA

June 11, 2001
No. 201

### VP Dick Cheney/Jeff Bigman 6/13/01

| | |
|---|---|
| Subtotal of Expenses and Fees | |
| Sales Tax | $1,556.76 |
| Grand Total | |
| Deposit Paid | $1,556.76 |
| **Balance Due** | |
| | **$1,556.76** |

Signed

Date   6-12-0

Subject to Terms and Conditions on Reverse

Page 2

**Terms and conditions for Assignment Estimate, Confirmation, Invoice.**

[1] "Image(s)" means all viewable renditions furnished by Photographer hereunder, whether captured or stored in photographic, magnetic, optical, or any other medium whatsoever.

[2] All Images and rights therein, including copyright, remain the sole and exclusive property of Photographer. Unless otherwise provided herein, any grant of rights is limited to one (1) year from the date hereof and to the territory of the United States.

[3] Client assumes insurer's liability (a) to indemnify Photographer for loss, damage, or misuse of any Images, and (b) to return all Images prepaid and fully insured, safe and undamaged, by bonded messenger airfreight, or registered mail, within thirty (30) days after the first use thereof as provided herein, but in all events (whether published or unpublished) within ninety (90) days after the date of final licensed use. Client assumes full liability for its principals, employees, agents, affiliates, successors, and assigns (including without limitation independent contractors, messengers, and freelance researchers) for any loss, damage, delay in returning, or misuse of the Images.

[4] Reimbursement by Client for loss or damage of each original photographic transparency or film negative shall be in the amount of One Thousand Five Hundred Dollars ($1,500), or such other amount set forth next to said item on the attached schedule. Reimbursement by Client for loss or damage of each other item shall be in the amount set forth next to said item on the attached schedule. Photographer and Client agree that said amount represents the fair and reasonable value of each item, and that Photographer would net sell all rights to such item for less than said amount. Client understands that each original photographic transparency and film negative is unique and does not have an exact duplicate, and may be impossible to replace or re-create.

[5] Photographer shall receive credit for Images as specified on the face hereof unless no placement is specified.

[6] Client may not make or permit any alterations, including but not limited to additions, subtractions, or adaptations in respect of the Images, alone or with any other material, except that cropping, and alterations of contrast, brightness, and color balance, consistent with reproduction needs may be made.

[7] Client will indemnify and defend Photographer against all claims, liability, damages, costs, and expenses, including reasonable legal fees and expenses, arising out of any use of any Images for which no release was furnished by Photographer, or any Images which are altered by Client. Unless furnished, no release exists. Photographer's liability for all claims shall not exceed in any event the total amount paid under this invoice.

[8] Client assumes full risk of loss or damage to or arising from materials furnished by client hereunder and warrants that said materials are adequately insured against such loss, damage, or liability. Client shall indemnify Photographer against all claims, liability, damages, and expenses incurred by Photographer in connection with any claim arising out of use of said material hereunder.

[9] Client may not assign or transfer this agreement or any rights granted hereunder This agreement binds and inures to the benefit of Photographer, Client, Client's principals, employees, agents, and affiliates, and their respective heirs, legal representatives, successors, and assigns. Client and its principals, employees, agents, and affiliates are jointly and severally liable for the performance of all payments and other obligations hereunder. No amendment or waiver of any terms is binding unless set forth in writing and signed by the parties. However, the invoice may reflect, and Client is bound by, oral authorizations for fees or expenses which could not be confirmed in writing because of insufficient time. This agreement incorporates by reference Article 2 of the Uniform Commercial Code, and the Copyright Act of 1976, as amended.

[10] Except as provided (11) below, any dispute regarding this agreement shall be, at Photographer's sole discretion, either (1) arbitrated in Washington, D.C. under rules of the American Arbitration Association and the laws of District of Columbia. Judgment on the arbitration award may be entered in any court having jurisdiction. Any dispute involving $2,500 or less may be submitted without arbitration to any court having jurisdiction thereof. Client shall pay all arbitration and court costs, Photographer's reasonable legal fees, and expenses, and legal interest on any award or judgment in the event of any award or judgment in favor of Photographer., or (2) adjudicated in Washington, D.C. under the laws of District of Columbia. Client shall pay all court costs, Photographer's reasonable legal fees, and expenses, and legal interest on any award or judgment in the event of any award or judgment in favor of Photographer.

[11] Client hereby expressly consents to the jurisdiction of the Federal courts with respect to claims by Photographer under the Copyright Act of 1976, as amended.

[12] In the event a shoot extends beyond eight (8) consecutive hours. Photographer may charge for such excess time of assistants and freelance staff at the rate of one-and-one-half their hourly rates.

[13] Reshoots: Client will be charged 100 percent fee and expenses for any reshoot required by Client. For any reshoot required because of an act of God or the fault of a third party, Photographer will charge no additional fee, and Client will pay all expenses. It Photographer charges for special contingency insurance and is paid in full for the shoot, Client will not be charged for any expenses covered by insurance. A list of exclusions from such insurance will be provided on request.

[14] Cancellations and postponements: Client is responsible for payment of all expenses incurred up to the time of cancellation, plus 50 percent of Photographers fee, If notice of cancellation is given less than two (2) business days before the shoot date, Client will be charged 100 percent fee. Weather postponements: Unless otherwise agreed, Client will be charged 100 percent fee if postponement is due to weather conditions on location and 50 percent fee if postponement occurs before departure to location.

# Exhibit D

the NEWS

THE RIGHT COMPRESSION TECHNOLOGY EVERY TIME
<< CLICK HERE TO FIND OUT MORE >>

Search Our Site:

Search Using:
Exact phrase
Go

surveys

Give us your Top 10 Reasons Why HVACR Is Important

extra edition

- Extra Edition Home
- HVACR Forum
- Legal Forum
- Business Management
- Dot Comment
- Energy Matters
- Features
- Reader Mail
- Industry News
- People
- **The Hotline**
- Service & Maintenance
- Technical

in this issue

- Breaking News
- Calendar of Events
- Training Track
- What's New

resources

- Advertiser Index
- Books
- Classifieds
- Editorial Archives
- Exclusive Industry Research
- HVACR Directory & Source Guide
- HVACR Forum
- Industry Links
- Manufacturer Reports
- Product Gallery
- Regional Reports
- Career Center
- Learning Center

services

- Editorial Contacts
- Advertising Contacts
- E-mail Newsletter
- eProduct Info
- How to Submit a

Want to use this article? Click here for options!

Posted on: 06/21/2001

## Efficiency Takes Center Stage

**By Greg Mazurkiewicz** / Web Editor. E-mail him at gregmazurkiewicz@achrnews.com.

Efficiency Takes
Center Stage

Vice President Dick Cheney presents the keynote address at the 12th Annual Energy Efficiency Forum. (Photo by Stephen J. Boitano.)

### VP and Other Top Government Officials Discuss Energy Issues.

WASHINGTON, DC — In introducing the 12th Annual Energy Efficiency Forum, held here at the National Press Club, John Derrick, chairman and ceo of Potomac Electric Power Co. (Pepco), noted that the subject of energy is now "very topical and important." Signaling that importance was the lineup of lawmakers and federal officials present as speakers.

First up at the forum, cosponsored by the United States Energy Association (USEA) and Johnson Controls, was Senator Jeff Bingaman (D-NM), the new chairman of the Senate Energy and Natural Resources Committee. Bingaman said that energy is "a bipartisan issue," and the emphasis should be on crafting an energy policy that increases supply and efficiency. But he added that the Bush administration's approach of putting together a plan without the input of Congress was "a mistake."

He said that he's holding meetings to see what should be included in our national energy policy. The goal is to first address short-term issues in legislation, then consider long-term issues.

### The Price of Power

The legislative agenda, Bing-aman related, will include adequate funding for low-income energy assistance. He would like to pass a supplemental appropriation for this program. He also said the Senate will address the "high prices of wholesale power going into California and other Western states."

He remarked, "It's my belief wholesale prices have not been just and reasonable."

Other topics to be considered are "boutique fuels," the multiplicity of gasoline blends; expansion of the home weatherization program; and increasing efficiency in federal buildings through energy-saving performance contracts.

Bingaman would like to improve vehicle fuel efficiency. He said that there are a number of initiatives that could be looked at to improve fuel efficiency. He also wants to look at energy tax incentives to improve efficiency. "I'd like to see some of these tax incentives enacted into law."

U.S. energy policy, he stated, "must consider global climate change. I think it can be environmentally responsible."

Representative Edward J. Markey (D-MA), a senior member of the House Energy and Com-merce Committee, said that, like a segment on the old "Rocky and Bullwinkle" TV show, President Bush is stuck in a "way-back machine" regarding energy efficiency, looking backward rather than forward.

In the 1970s, he said, the federal government doubled vehicle fuel efficiency standards. "But now, overall fuel economy has slipped back to where it was in 1981."

SPONSORS

American Standard
The obvious choice.
American Standard
New Standards for Living

YORK
It's Time to Get Comfortable

Aprilaire

EQUIGUARD
The most comprehensive extended warranties available.

Click Here and we'll tell you!
spot-coolers.com

EMERSON
Climate Technologies
Contractor Connection

Arzel
SIMPLE

# Exhibit E

Stephen J. Boltano
Photojournalist
2012 Pierce Mill Rd
Washington, D.C. 20010  U.S.A.
Phone: (202)667-5383
Fax: (202)667-5383
Email: jboltano@erols.com

## ASSIGNMENT PHOTOGRAPHY INVOICE

Tina Daniell
Vice President / Account Supervisor
Cramer-Krasselt
733 North Van Burn St
Milwaukee, Wis 53202  USA

January 10, 2002
No. 1094

**Usage - AC Heating & Refrigeration News**

### The following usage license will be granted upon payment in full of this invoice:

One-Time Non-Exclusive usage by Cramer-Krasselt to use the photographs described on this document, with a print run not to exceed 40,000 copies, in one version only, for a trade publication and 1 year website usage. World Rights Granted. Languages: English Only. NO ELECTRONIC RIGHTS are granted in any form without an express license in writing. These photographs may not be used on the Internet for any purpose including revisions or electronic editions of printed work without said written license. NO PRINTED OR ELECTRONIC REVISIONS are granted with this license. Any additional usage, including said revisions must be negotiated with the copyright owner.

This License may not be transferred to a third party without the written consent of the copyright holder.

**Detail of Usages**

| | Each | |
|---|---|---|
| 1 Usage - Trade Publication - Bigman at Podium | $328.00 | $328.00 |
| 1 Usage - Trade Publication Cover - Cheney at Podium | $633.00 | $633.00 |
| 1 Usage - Trade Publication - Curt Herbert at Podium | $282.00 | $282.00 |
| 1 Usage - Website - 1 year - Cheney at Podium | $1624.00 | $1,624.00 |
| TOTAL USAGES | | $2,867.00 |

| | |
|---|---|
| Subtotal | $2,867.00 |
| Sales Tax | |
| Grand Total | $2,867.00 |
| Deposit Paid | |
| **Balance Due** | **$2,867.00** |

Subject to Terms and Conditions on Reverse Side

**TERMS AND CONDITIONS**

A. Definitions: "Photographer" refers to Stephen J. Boitano . "Client" refers to the commissioning party or company named above, its representatives, successors, assigns, agents and affiliates.

B. Payment: FULL PAYMENT MUST BE RECEIVED BY PHOTOGRAPHER PRIOR TO PUBLICATION. ANY USE PRIOR TO PAYMENT SHALL BE CONSIDERED AN UNAUTHORIZED USE. Client agrees that reasonable and stipulated amount which shall be paid by Client to photographer for use prior to receipt of payment by Photographer shall be three (3) times Photographer's customary fee for such usage.

C. Grant of Rights: Grant of reproduction rights hereunder is conditioned upon Client's written acceptance of each term set forth in this agreement, including but not limited to, receipt of payment in full by Photographer and placing of the required copyright notice on each use of Photographer's work. All rights not expressly licensed to Client in writing remain the exclusive property of Photographer. Unless otherwise stated above, duration of license is six times the periodicity of the publication or ninety (90) days which ever comes first.

D. Space Rates: All usage is quoted as a minimum against space. Any additional space rate will be billed as such upon publication.

E. Return of Photographs, Destruction of Digital files & Return of Media: Client assumes all risk for all photographic material supplied by Photographer from time of receipt by Client to time of actual receipt of photographs by Photographer. Client agrees to return all such material in undamaged, unaltered and unretouched condition within thirty (30) days of receipt, or if a License is granted, within three (3) months of receipt by client or by first publication date, whichever is sooner, or such other period as is stated in writing herein. Client agrees to destroy all digital files within one week of reproduction. If the files were sent on digital media, all such material must be returned in undamaged condition within thirty (30) days of receipt.

F. Film and Digital Media Holding Fees: A holding fee of Ten dollars ($10.00) per item per day shall be payable from the return date until time of receipt by Photographer unless otherwise indicated.

G. Copyright Protection/Credit Line: For Editorial use, credit line in the form Copyright "© 2002 Stephen J. Boitano " in type no smaller than that of related text must appear adjacent to or within the photograph(s) or fee is tripled; Client acknowledges that such a triple fee is fair and reasonable for photographer's loss of recognition and lack of copyright protection resulting from lack of, or improper, copyright notice/credit line. For Non-Editorial use, Client will provide copyright protection by placing proper copyright notice on any use. Proper notice may be either "© Client Name, Year-date of first publication", or "© 2002 Stephen J. Boitano " adjacent to or within the photograph(s).

H. Indemnity: Client hereby indemnifies and holds Photographer harmless against any and all liabilities, claims, and expenses, including reasonable attorney's fees, arising from Client's use of Photographer's work. Client assumes insurer's liability (a) to indemnify Photographer for all loss, damage, or misuse of any photographs; and (b) to return all photographs prepaid, fully insured, undamaged, by bonded messenger or overnight delivery service.

I. Loss or Damage: The parties acknowledge that it is difficult if not impossible to determine the exact value of each photograph subject to this agreement because of the duration of copyright protection and its present and potential value. Therefore, the parties have agreed that the reasonable value for loss or damage of each photograph is a sum no less than the amount indicated on the first page of this agreement. Client further acknowledges that its acceptance of this liquidated damage amount is a material consideration for photographer agreeing to deliver to Client the photographs subject to this agreement. In the event that Client infringes on Photographer's copyright in and to the works delivered herewith, then Photographer shall be entitled to obtain immediate injunctive relief to prevent further infringement and that Photographer shall not be required to post a bond to obtain injunctive relief, or if a bond is not waiveable, such bond shall not exceed $100.00. Photographer shall be entitled to recover the greater of Photographer's actual damages, or statutory damages in a sum not to exceed $20,000.00, in cases of non-willful infringement. In each instance, Photographer shall be entitled to recover reasonable attorneys' fees incurred and related costs in enforcing Photographer's rights under the United States Copyright Act, and under each federal or ancillary state law under which Photographer is awarded or granted damages.

J. Alterations: Client will not make or permit any alterations, additions, or subtractions in respect of the photographs, including without limitation any digitalization or synthesizing of the photographs, alone or with any other material, by use of computer or other electronic means or any other method or means now or hereafter known.

K. Default: In the event of non-payment or other breach of this Agreement by Client, Client shall pay all of Photographer's costs and expenses incurred in connection with enforcement of the terms of this agreement, including Photographer's reasonable attorney's fees.

L. Releases: Photographer is not responsible for obtaining model, property, or other releases in connection with any of the photographs licensed herein unless specifically stated herein.

M. Copies: Client shall provide to Photographer five (5) copies of each use of the photographs no later than the date of first publication.

N. Miscellaneous: Client may not assign or transfer this license. No alterations may be made in any of these provisions without the express written consent of the Photographer.

O. Reshoots: Client will be charged 100% fee and expenses for any reshoot required by Client. For any reshoot required because of an act of God or the fault of a third party, Photographer will charge no additional fee and Client will pay all expenses. If Photographer charges for special contingency insurance and is paid in full for the shoot, Client will not be charged for any expense covered by insurance. A list of exclusions from such insurance will be provided on request.

P. Cancellations: Cancellations and postponements: Client is responsible for payment of all expenses incurred up to the time of cancellation, plus 50% of Photographer's fee. If notice of cancellation is given less than two (2) business days before the shoot date, Client will be charged 100% fee. Weather postponements: Unless otherwise agreed, Client will be charged 100% fee if postponement is due to weather conditions on location and 50% fee if postponement occurs before departure to location.

Q. Governing Law: This agreement incorporates by reference Articles II and III of the Uniform Commercial Code now in existence, in the State of District of Columbia, and the Copyright Act of 1976 as amended. This agreement shall be deemed to be a contract made under the laws of the United States of America and the State of District of Columbia and for all purposes shall be interpreted in its entirety in accordance with these laws. Client specifically and irrevocably confers personal jurisdiction over it by the courts of the State of District of Columbia or the United States District Court for the District of the State of District of Columbia. Client specifically waives all rights to contest each court proceeding on the grounds of personal jurisdiction, venue and forum non-convenience. In the event of any award or judgement in favor of Photographer, or any settlement between Photographer and Client, arising from effecting and protecting Photographer's rights and benefits hereunder and/or any aspect of this agreement, Client shall pay all costs and expenses incurred by Photographer and/or Photographer's legal counsel related thereto, including, but not limited to, reasonable legal fees, arbitration and court costs, associated expenses, and legal interest on such award, judgement, or settlement.

FULL PAYMENT DUE WITHIN TWENTY-ONE (21) DAYS or PRIOR TO PUBLICATION, WHICHEVER OCCURS FIRST.
Make check payable to:
Stephen J. Boitano
2012 Pierce Mill Rd
Washington, D.C. 20010  U.S.A.

# Exhibit F

Stephen J. Boitano
Photojournalist
2620 16th Street NW, Apt 506
Washington, DC 20009  U.S.A.
Phone: 202-997-3900
Fax: 202-332-4447
Email: jboitano@erols.com

## ASSIGNMENT  PHOTOGRAPHY  INVOICE

Ms. Tina Daniell
Vice President / Account Supervisor
Cramer-Krasselt
733 North Van Burn St
Milwaukee, Wis 53202  USA

July 19, 2004
No. 1306

**Dick  Cheney  Website  Usage  Photo  6/21/02  -  4/9/04**

**The following usage license will be granted upon payment in full of this invoice:**

One-Time Non-Exclusive usage by Cramer-Krasselt to use the photographs produced on this assignment, for, AC Heating and Refrigeration News website. World Rights Granted. Lanugages: All. NO ELECTRONIC RIGHTS are granted in any form without an express license in writing. These photographs may not be used on the Internet for any purpose including revisions or electronic editions of printed work without said written license. NO PRINTED OR ELECTRONIC REVISIONS are granted with this license. Any additional usage, including said revisions must be negotiated with the copyright owner.

This License may not be transferred to a third party without the written consent of the copyright holder.

| Detail of Usages | Each | |
|---|---|---|
| 1 Usage - AC Heating and Refrigeration News Website 1 Year | $1624.00 | $1,624.00 |
| 1 Usage AC Heating and Refrigeration News Website 10 Months | $1353.00 | $1,353.00 |
| TOTAL USAGES | | $2,977.00 |

| | |
|---|---|
| Subtotal | $2,977.00 |
| Sales Tax | |
| Grand Total | $2,977.00 |
| Deposit Paid | |
| **Balance  Due** | **$2,977.00** |

# Exhibit G











# Energy Efficiency Forum

## Program



Home | About Us | Press Kit | Awards | Update Address | **Program** | Event Summary | Attendee Info

**Energy Efficiency:**

**Understanding the Urgency**



# 15th Annual Energy Efficiency Forum



## Agenda

**Tuesday, June 15, 2004**
**Library of Congress**
**Madison Building**
**Montpelier Room, 6th floor**
**101 Independence Ave, SE**



**5:00-7:00 p.m.**   Congressional Reception

**Wednesday, June 16, 2004**
**Grand Ballroom, National Press Club**
**14th and F Streets**
(Please note schedule is tentative and may change)

| | |
|---|---|
| **7:30 a.m.** | Registration and Continental Breakfast |
| **8:00 a.m.** | Recognition of Igniting Creative Energy Award Winners |
| **8:15 a.m.** | **Steve Forbes**, President and CEO of Forbes and Editor-in-Chief of Forbes Magazine |
| **8:45 a.m.** | **Innovation/Technology Dialogue** Decades of technology improvements have brought tremendous advances in efficiency practices, including better design and building systems, along with hybrid and fuel cell vehicles. Pre-eminent experts in facility and mobility industries will discuss emerging technologies and evaluate what it will take to transform the marketplace to gain acceptance. |

**Moderator:**
**F. Henry Habicht, II**, Chief Executive Officer, Global Environment & Technology Foundation

---

**Forum Timeline**

**1999** - A number of major announcements are made at this anniversary event, including a new Presidential Executive Order mandating energy savings in federal buildings, the unveiling of the first ENERGY STAR-labeled buildings, and the initiation of the U.S. International Climate Change Project Fund to reduce greenhouse gas emissions in developing countries. Several speakers, including Senate Energy Committee Chairman Frank Murkowski, Rep. Joe Barton, and PEPCO Chairman John Derrick (at right) speak about issues involving legislation to restructure the electric utility industry, as well as the changing marketplace.



**2000** - From electricity restructuring and national energy security to global warming and CAFE

# The Energy Efficiency Forum



1990  1991  1992  1993  1994  1995  1996

1997  1998  1999  2000  2001  2002  2003

Previous                              Next

Close Window



# Energy Efficiency Forum

## Update Address



| Home | About Us | Press Kit | Awards | Update Address | Program | Event Summary | Attendee Info |

**Energy Efficiency:**

**Understanding the Urgency**



## Contact Information

Have you moved or changed positions within your company or organization? We'd like to know, so we can ensure that you continue to receive Energy Efficiency Forum updates on a regular basis. If you would like to be added to our mailing list, please indicate your interest in the comment section below.

**Enter your comments in the space provided below:**



**Tell us how to get in touch with you:**

Name:

E-mail:

Title:

Company:

Address:

Address 2:

City, State, Zip:

Phone:

Fax:

 Please contact me with more information on this year's forum.

Submit Comments    Clear Form

### Forum Timeline

**1998** - Perhaps one of the most contentious - yet highly informative - events, the ninth forum is a policy playing field for both sides of the now growing climate change debate. Representatives from the Clinton administration and Republican members of Congress present extremely divergent views on the potential passage of the Kyoto climate change treaty. Others speak about the possible economic impact of emissions trading. Energy Secretary Federico Peña (below) indicates that the Clinton administration is emphasizing building technologies as a solution to the climate change challenge.

View an Anniversary Slideshow



### Forum Links



# Energy Efficiency Forum

## Event Summary



| Home | About Us | Press Kit | Awards | Update Address | Program | Event Summary | Attendee Info |

**Energy Efficiency:**

**Understanding the Urgency**



 **15th Annual Energy Efficiency Forum**



Forum 2004

### Energy Efficiency: Are We Getting the Job Done?

### 15th Annual Energy Efficiency Forum Addresses Issues Affecting Energy Supply and Use

For businesses and workers in America to successfully compete - and win - on a global economic stage, the right balance of policies and regulations are essential to secure a long term supply of available and affordable energy, speakers at the 15th Annual Energy Efficiency Forum in Washington, D.C. generally agreed.

The point of discussion came on whether to put the emphasis on pursuing greater energy efficiency, looking for more energy sources, or a careful balance of each.

The Energy Efficiency Forum is a nonpartisan event designed to foster discussion of technical, economic and political solutions implemented to assure energy efficiency. The Forum, this year held June 16 at the National Press Club, was co-sponsored



by the United States Energy Associations and Johnson Controls, Inc.

Featured speaker Steve Forbes, president and CEO of Forbes, Inc. and editor-in-chief of Forbes Magazine, stressed the timeliness of the topic of energy efficiency.

 **Forum Timeline**

**2001** - Amidst release of the National Energy Policy and polls indicating Americans' renewed interest in energy efficiency, the 12th Annual Energy Efficiency Forum presents a variety of viewpoints on the direction the country should take to ensure a sound energy future. Keynote speaker Vice President Richard B. Cheney speaks to an overflow audience and reinforces what several other speakers note during the day - that technology must play a significant role in the nation's energy policy on both the supply and demand sides.



**2002** - In the first post 9/11 Forum, several speakers talk about national security, saying that energy efficiency is a way to tackle national infrastructure security



# Energy Efficiency Forum

**About Us**
Learn about the history of the EEF and our event sponsors

| Home | About Us | Press Kit | Awards | Update Address | Program | Event Summary | Attendee Info |

**Energy Efficiency:**

**Understanding the Urgency**

**Sponsored By:**

USEA
United States Energy Association

JOHNSON CONTROLS

**Note:** Some documents are in .PDF fomat and require Adobe Acrobat Reader for viewing. To download this application for free, please click the logo below:

Get Acrobat Reader





## Recent News

## 16th Annual Forum Theme Announced

### Energy Efficiency - Understanding the Urgency

Businesses and government entities are increasingly concerned about rising energy prices, global industrial competitiveness and national security. A growing number are turning to energy efficiency as an innovative way to create economic, environmental and social value -- and financial and political leaders are taking notice. In order to capture this burgeoning interest, businesses and organizations need the ideas and technologies to get the job done. At the 16th annual Energy Efficiency Forum we'll discuss the policy and strategic actions that can transform the marketplace.



**John Engler, NAM President** Confirmed speaker

## 15th Annual Energy Efficiency Forum

**Thanks to those who attended the 15th Annual Energy Efficiency Forum! We hope you had a good experience. Please take a moment to fill out our feedback survey to let us know your comments.**

**Download a Transcript:** [Select Transcript]

**News Releases:** [Select News Release]

**Program Links:**

**Forum Timeline**

1990 - Johnson Controls inaugurates the Energy Conservation Forum as part of a public information campaign to raise awareness in Washington, D.C. and encourage the development of a nationwide energy conservation ethic. Several congressional members, staffers, agency representatives and reporters attend the event on Capitol Hill. The enthusiastic response to Aspin's words and the forum inspires Johnson Controls to continue the event annually.

You can follow the timeline through the present day and read more about the history of the EEF by simply navigating throughout the

 **Energy Efficiency Forum**

 **Press Kit**

| Home | About Us | Press Kit | Awards | Update Address | Program | Event Summary | Attendee Info |

**Energy Efficiency:**

**Understanding the Urgency**

 ## News Releases & Other Info

### News Releases

#### 15th Annual Energy Efficiency Forum



- June 14, 2004 - Three Distinguished Public Servants to be Recognized for Promoting Energy Efficiency
- June 11, 2004 - Igniting Creative Energy Winners to be Honored at 15th Annual Energy Forum
- June 10, 2004 - Secretary of Commerce Don Evans to Deliver Keynote at Energy Efficiency Forum

### Forum Background

In May 1990, Johnson Controls hosted the first Energy Conservation Forum, later changing it to the "Energy Efficiency Forum" to reflect a growing emphasis on building performance. The purpose of the forum, now in its 15th year, is to raise energy efficiency awareness in the Federal Government and to encourage the development of a nationwide energy efficiency ethic. These yearly events, which are co-sponsored by the United States Energy Association, have been successful in advancing energy efficiency issues with the help of many eminent speakers and award recipients.



 Over the years, highlights have included Congressman Les Aspin discussing the national security implications of energy efficiency; former Secretary of Energy James Schlessinger with a presentation on the evolution of energy policy; an overview of the new Clinton

 **Forum Timeline**

**1993** - President Bill Clinton and his administration take office with a commitment to lead the U.S. toward greater energy efficiency and environmental responsibility. Newly named Secretary of Energy Hazel O'Leary describes the early actions of the Clinton administration to implement this commitment.



**1994** - The name of the event changes from the "Energy Conservation Forum" to the "Energy Efficiency Forum." Its emphasis shifts somewhat from the U.S. federal government toward a focus on emergent changes in the energy marketplace, particularly the impending deregulation of the electric power industry.

View an Anniversary Slideshow





1990 1991 1992 1993 1994 1995 1996

1997 1998 1999 2000 2001 2002 2003

Previous                                    Next

Close Window

E
07-1432
RCL

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Stephen J. Boitano, 2620 16th Street, N.W., Apt 506, Washington, D.C. 20009     11001 | Cramer-Krasselt Co, and BNP Media, Inc. |

D.C.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Robert L. Burns
John C. Lowe
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, NW, Suite P1, Washington, DC 20001-4413
571-203-2700

Case: 1:07-cv-01432
Assigned To : Lamberth, Royce C.
Assign. Date : 8/8/2007
Description: General Civil

*JURY ACTION*

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◉ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ◉ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ⊗ E. *General Civil (Other)* | OR | ○ F. *Pro Se General Civil* |
|---|---|---|

| **Real Property** | **Bankruptcy** | **Forfeiture/Penalty** | |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Property Rights**<br>☒ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | **Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

②

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

17 U.S.C. Sec. 101

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | DEMAND $ Unspecified  Check YES only if demanded in complaint<br>JURY DEMAND:  YES ☒  NO ☐ |
|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  August 7, 2007    SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.