IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. BOITANO,<br><br>Plaintiff,<br><br>v.<br><br>CRAMER-KRASSELT CO., and BNP MEDIA, INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:07-cv-01432 |

## STATUS MEMORANDUM

Plaintiff has settled with Defendant BNP Media.

Service of process has not yet been accomplished on Defendant Cramer-Krasselt Co. A process server has been retained in Chicago for service. Counsel is investigating two matters before ordering service: (1) Settlement discussions are presently underway with Defendant Cramer-Krasselt Co. and (2) Counsel has information that the Defendant corporation is not in good standing and is investigating the import of that on service.

Counsel will keep the Court advised as these matters progress.

Respectfully submitted,

_____
John C. Lowe
D.C. Bar No. 427019
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Avenue, Suite P1
Washington DC 20001-4413
202-408-4000
301-320-5595 Home Office
202-251-0437 Cell Phone

Robert P. Burns
D.C. Bar No. 456423
Finnegan, Henderson, Farabow,
　Garrett & Dunner, L.L.P.
901 New York Avenue, Suite P1
Washington, D.C. 20001-4413
202-408-4000
202-408-4400 Fax
robert.burns@finnegan.com

Counsel for Plaintiff