IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN J. BOITANO,**<br>2620 16th Street, N.W., Apt 506<br>Washington, DC 20009,<br><br>   Plaintiff,<br><br>v.<br><br>**CRAMER-KRASSELT CO., and BNP MEDIA, INC.,**<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:07CV01432 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS BROUGHT AGAINST DEFENDANTS**

Plaintiff Stephen J. Boitano, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to BNP Media, Inc. ("BNP") and Cramer-Krasse Co. ("Cramer") without prejudice. BNP and Cramer have filed neither an answer to the complaint nor a motion for summary judgment as to these claims, and no proceedings or discovery have been undertaken as to these claims. Proceeding by notice of dismissal is proper where, as here, notice is filed "before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." Fed. R. Civ. P. 41(a)(1).

For the reasons stated above, Plaintiff asks that his notice of dismissal be accepted by the Court.

                 Respectfully submitted,

                 /s/ John C. Lowe
                 John C. Lowe
                 DC Bar No. 427019

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Attorney for Plaintiff

Robert L. Burns
D.C. Bar No. 456423
FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN J. BOITANO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1432 (RCL) |
| ) | |
| **CRAMER-KRASSELT CO.**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Plaintiff Stephen J. Boitano filed a notice of dismissal thereby dismissing all causes of action in the complaint as to BNP Media, Inc. ("BNP") and Cramer-Krasse Co. ("Cramer") without prejudice. BNP and Cramer have filed neither an answer to the complaint nor a motion for summary judgment as to these claims, and no proceedings or discovery have been undertaken as to these claims. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, proceeding by notice of dismissal is proper where, notice is filed "before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs."

Accordingly, it is hereby

ORDERED that this case is dismissed without prejudice.

SO ORDERED.

_____
Honorable Royce C. Lamberth
United States District Judge
December ___, 2007.