UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. BOITANO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRAMER-KRASSELT CO., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1432 (RCL) |

## ORDER

Plaintiff Stephen J. Boitano filed a notice of dismissal thereby dismissing all causes of action in the complaint as to BNP Media, Inc. ("BNP") and Cramer-Krasse Co. ("Cramer") without prejudice. BNP and Cramer have filed neither an answer to the complaint nor a motion for summary judgment as to these claims, and no proceedings or discovery have been undertaken as to these claims. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, proceeding by notice of dismissal is proper where, notice is filed "before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs."

Accordingly, it is hereby

ORDERED that this case is dismissed without prejudice.

SO ORDERED.

_____/s/_____
Honorable Royce C. Lamberth
United States District Judge
December 14, 2007.